IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR95 |
| v. | ORDER |
| EDGAR CARRILLO-MILLAN, | |
| Defendant. | |

This matter is before the Court on the government's Motion to Dismiss (Filing No. 20) pursuant to Federal Rule of Criminal Procedure 48(a). The government requests leave to dismiss, without prejudice, the Indictment (Filing No. 1) against Edgar Carrillo-Millan. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion to Dismiss (Filing No. 20) is granted.
2. The Indictment (Filing No. 1) against Edgar Carrillo-Millan is dismissed without prejudice.

Dated this 11th day of June 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge